IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| McGILL PARFAIT, | § § | |
| Plaintiff, | § § | C.A. NO. 3:14-cv-00213 |
| vs. | § § | |
| APACHE CORPORATION | § § § | |
| Defendant. | § | |

## DEFENDANT S&S CONSULTING GROUP, LLC'S NOTICE OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant, S&S Consulting Group, LLC, and provides the Court with its Notice of Dismissal of Defendant S&S Consulting Group, LLC's Cross-Claim against Apache Corporation (Doc. 46) as Defendant no longer wishes to pursue this claim.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, LLP

*/s/ William R. Moye*
WILLIAM R. MOYE
*Attorney-in-Charge*
Tex. Bar No. 24027553
S.D. Tex. No. 34007
One Riverway, Suite 1400
Houston, TX 77056
(713) 403-8210; Facsimile: (713) 403-8299
wmoye@thompsoncoe.com

*Attorney for Defendant S&S Consulting, LLC*

OF COUNSEL:

MOLLY L. PELA
Tex. Bar No. 24046606
S.D. Tex. No. 1115529
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, TX 77056
(713) 403-8210; Facsimile: (713) 403-8299
mpela@thompsoncoe.com

## CERTIFICATE OF SERVICE

I certify that on the 26th day of May, 2016, a true and correct copy of the foregoing was served was served via the Court's ECF system upon the following counsel of record:

*Via E-File*
Jerry C. von Sternberg
Marcus Spagnoletti
Spagnoletti & Co.
401 Louisiana Street, 8th Floor
Houston, Texas 77002
**Attorneys for Plaintiff**

*Via E-File*
Walter Gallant
Sarah R. Smith
Lewis Brisbois Bisgaard & Smith, LLP
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, Texas 77046
**Attorneys for Defendant, Apache Corporation**

*Via E-File*
Bradley L. DeLuca
Brigid D. Ashcraft
Adam R. Diamond
Johnson DeLuca Kurisky & Gould, P.C.
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010
**Attorneys for Defendant, Wood Group PSN, Inc.**

*Via E-File*
Andrew S. Friedberg
Apache Corporation
2000 Post Oak Blvd.
Houston, Texas 77056-4400
***Attorneys for Cross-Defendant, Apache Corporation***

/s/ *Molly L. Pela*
Molly L. Pela