IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| McGILL PARFAIT, | § § § | |
| Plaintiff, | § § | C.A. NO. 3:14-cv-00213 |
| vs. | § § § | |
| APACHE CORPORATION | § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

On May 26, 2016, Defendant S&S Consulting Group, LLC filed its Notice of Dismissal of its Cross-Claim pending against Apache Corporation indicating it no longer desired to prosecute that claim. Accordingly, it is ORDERED that this claim asserted by Defendant S&S Consulting Group, LLC is hereby DISMISSED. Each party shall bear his or its own attorneys' fees and costs.

This is a final judgment.

Signed on this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE