IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| McGILL PARFAIT, | § § § | |
| Plaintiff, | § § | C.A. NO. 3:14-cv-00213 |
| vs. | § § | |
| APACHE CORPORATION | § § § | |
| Defendant. | § § | |

### DEFENDANT S&S CONSULTING GROUP, LLC'S AMENDED NOTICE OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant, S&S Consulting Group, LLC, and provides the Court with its Notice of Dismissal of Defendant S&S Consulting Group, LLC's Cross-Claim against Apache Corporation (Doc. 46) seeking defense and indemnity from Apache as Defendant no longer wishes to pursue this claim as S&S Consulting and Apache have reached settlement with Plaintiff.

                Respectfully submitted,

                THOMPSON, COE, COUSINS & IRONS, LLP
                */s/ William R. Moye*
                WILLIAM R. MOYE
                *Attorney-in-Charge*
                Tex. Bar No. 24027553
                S.D. Tex. No. 34007
                One Riverway, Suite 1400
                Houston, TX 77056
                (713) 403-8210; Facsimile: (713) 403-8299
                wmoye@thompsoncoe.com

                *Attorney for Defendant S&S Consulting, LLC*

OF COUNSEL:

MOLLY L. PELA
Tex. Bar No. 24046606
S.D. Tex. No. 1115529
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, TX 77056
(713) 403-8210; Facsimile: (713) 403-8299
mpela@thompsoncoe.com

## CERTIFICATE OF CONFERENCE

I certify I have discussed this motion with counsel for all parties who have indicated the following positions:

    Plaintiff's counsel, Marcus Spagnoletti - Unopposed
    Apache's counsel (Cross-claim) Andrew Friedberg - Agreed
    Apache's counsel (Tort claim) Sarah Smith - Unopposed
    Wood Group's counsel, Bradley DeLuca – Unopposed

/s/ *Molly L. Pela*
Molly L. Pela

## CERTIFICATE OF SERVICE

I certify that on the 8th day of June, 2016, a true and correct copy of the foregoing was served was served via the Court's ECF system upon the following counsel of record:

*Via E-File*
Jerry C. von Sternberg
Marcus Spagnoletti
Spagnoletti & Co.
401 Louisiana Street, 8th Floor
Houston, Texas 77002
**Attorneys for Plaintiff**

*Via E-File*
Walter Gallant
Sarah R. Smith
Lewis Brisbois Bisgaard & Smith, LLP
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, Texas 77046
**Attorneys for Defendant, Apache Corporation**

*Via E-File*
Bradley L. DeLuca
Brigid D. Ashcraft
Adam R. Diamond
Johnson DeLuca Kurisky & Gould, P.C.
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010
**Attorneys for Defendant, Wood Group PSN, Inc.**

*Via E-File*
Andrew S. Friedberg
Apache Corporation
2000 Post Oak Blvd.
Houston, Texas 77056-4400
**Attorneys for Cross-Defendant, Apache Corporation**

/s/ Molly L. Pela
Molly L. Pela