United States District Court
Southern District of Texas
**ENTERED**
July 07, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MCGILL PARFAIT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-213 |
| | § | |
| APACHE CORPORATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court has considered the "Amended Notice of Dismissal" filed by Defendant S&S Consulting, LLC. (Dkt. 99). The Court construes the pleading as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41. The motion is either unopposed or agreed to by all other parties in this case.

Accordingly, the Court hereby GRANTS the motion for voluntary dismissal, and ORDERS that the claim asserted by Defendant S&S Consulting Group, LLC is hereby **DISMISSED**, **with prejudice** to refiling. Each party shall bear his or its own attorneys' fees and costs.

SIGNED at Galveston, Texas, this 7th day of July, 2016.

_____
George C. Hanks Jr.
United States District Judge