United States District Court
Southern District of Texas
**ENTERED**
August 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MCGILL PARFAIT, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:14-CV-213 |
| § | |
| APACHE CORPORATION, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF PARTIAL DISMISSAL

On August 29, 2016, Plaintiff McGill Parfait filed a Stipulation of Partial Dismissal With Prejudice (Dkt. 120) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against Defendants Apache Corporation and S&S Consulting, LLC in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

SIGNED at Galveston, Texas, this 30th day of August, 2016.

_____
George C. Hanks Jr.
United States District Judge